UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 6, 2020
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA,  )
  )  Case No. 1:96-CR-05106
        Plaintiff,  )
v.  )  ORDER FOR RELEASE OF
  )  PERSON IN CUSTODY
RAYMOND PACHECO CASTANEDA,  )
  )
        Defendant.  )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RAYMOND PACHECO CASTANEDA ,

Case No.  1:96-CR-05106 , Charge  Supervise Release Violation , from custody subject to the

conditions contained in the attached "Notice to Defendant Being Released" and for the following

reasons:

   ✔   Release on Personal Recognizance

   __   Bail Posted in the Sum of $__

       __   Unsecured Appearance Bond

       __   Appearance Bond with 10% Deposit

       __   Appearance Bond with Surety

       __   Corporate Surety Bail Bond

       __   (Other)   __

Issued at  Sacramento, CA  on  March 6, 2020  at  1:20 pm  .

By  /s/ Allison Claire
    Allison Claire
    United States Magistrate Judge

Copy 2 - Court