McGREGOR W. SCOTT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>RAYMOND CASTANEDA,<br><br>                Defendant. | CASE NO. 1:96-CR-05106-NONE-1<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

**BACKGROUND**

This matter is currently scheduled for a status conference on **July 30, 2020** as to defendant Castaneda regarding the Supervised Release Violation in this case. The parties request that the status conference be continued to **September 8, 2020**. The parties request additional time.

A proposed order appears below.

//
//
//
//
//
//
//

1

### **STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the status conference as to the supervised release violation currently set for July 30, 2020 be continued to September 8, 2020.

                                                Respectfully submitted,

                                                McGREGOR W. SCOTT
United States Attorney

DATED: July 29, 2020                           By:      /s/ *Laura Jean Berger*
                                                                    Laura Jean Berger
                                                                    Assistant United States Attorney

DATED: July 29, 2020                           By:      /s/ *Melissa Baloian*
                                                                    Melissa Baloian
                                                                    Attorney for Raymond Castaneda

### **O R D E R**

Pursuant to the stipulation of the parties, the status conference as to the supervised release violation currently set for July 30, 2020 shall be continued to September 8, 2020 at 2:00 pm.

IT IS SO ORDERED.

Dated: __**July 29, 2020**__                                    /s/ *Erica P. Grosjean*
                                                     UNITED STATES MAGISTRATE JUDGE